UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WADE WILKERSON and
CEDRIC BROWN JR.,

      Plaintiffs,

    v.                Case No. 19-C-1727

STOCKBRIDGE ENGINEERING INC.,

      Defendant.

## ORDER

    Plaintiffs Wade Wilkerson and Cedric Brown Jr. and Defendant Stockbridge Engineering Inc. have entered into a full settlement agreement of Plaintiffs' Fair Labor Standards Act (FLSA) and Wisconsin's Wage Payment and Collection Law claims and have requested court approval of their settlement. The court has reviewed the settlement agreement and hereby finds that the settlement represents a fair and reasonable resolution of the bona fide dispute over the alleged violations of the FLSA.

    **IT IS THEREFORE ORDERED** that the joint motion for settlement approval (Dkt. No. 18) is **GRANTED**. This case is dismissed with prejudice.

    **IT IS FURTHER ORDERED** that the joint motion to restrict document (Dkt. No. 19) is **GRANTED**.

    Dated at Green Bay, Wisconsin this 15th day of June, 2020.

                                              s/ William C. Griesbach
                                              William C. Griesbach, District Judge
                                              United States District Court